**STATE v. HOOVER**

[349 N.C. 226 (1998)]

STATE OF NORTH CAROLINA v. JOSEPH EUGENE HOOVER

No. 128PA98

(Filed 9 October 1998)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 128 N.C. App. 749, 496 S.E.2d 851 (1998), finding no error in judgments entered 18 October 1996 by Stephens (Ronald L.), J., in Superior Court, Randolph County, upon jury verdicts of guilty of possession with intent to manufacture, sell, or deliver cocaine and knowingly maintaining a dwelling for the use, keeping, or selling of a controlled substance. Heard in the Supreme Court 29 September 1998.

*Michael F. Easley, Attorney General, by Robert T. Hargett, Special Deputy Attorney General, and William B. Crumpler, Assistant Attorney General, for the State.*

*Robert T. Newman, Sr., for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice WYNN did not participate in the consideration or decision of this case.